**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7237**

THERON JERMAINE THOMPSON,

Plaintiff - Appellant,

v.

M. TRAVIS BRAGG, Warden; PAUL KELLY; NATHANIEL BATES, Lieutenant; STEVE JOHNSON, Correction Officer; WILLIAM HICKS, Captain; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  David C. Norton, District Judge.  (9:15-cv-01185-DCN)

Submitted:  February 15, 2018                    Decided:  February 20, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Theron Jermaine Thompson, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theron Jermaine Thompson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. § 1346(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thompson v. Bragg*, No. 9:15-cv-01185-DCN (D.S.C. Sept. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*